**Fill in this information to identify the case:**

Debtor 1: John M Lawlor

Debtor 2 (Spouse, if filing): ____________

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number: 26-10287

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 6 6 8 6

**Date of payment change:** Must be at least 21 days after date of this notice: 05 / 21 / 26

**New total payment:** Principal, interest, and escrow, if any: $ 280.61

*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________

**Current escrow payment:** $ ________ **New escrow payment:** $ ________

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No

☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________

**Current interest rate:** 6.99 % **New interest rate:** 7.24 %

**Current principal and interest payment:** $ 282.04 **New principal and interest payment:** $ 280.61

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No

☐ Yes.

**Current HELOC payment:** $________

**Reconciliation amount:** + $________ or - $________

Debtor 1 John M Lawlor
First Name Middle Name Last Name

Case number *(if known)* 26-10287

**Amount of next payment (including reconciliation amount) $_______**

**Amount of the new payment thereafter (without reconciliation amount) $_______**

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ ____________ **New mortgage payment:** $ ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ Melissa A Epler
Signature

Date 05 / 04 / 2026

Print: Melissa A. Epler
First Name Middle Name Last Name

Title Bankruptcy Administrator

Company Santander Bank, N.A.

Address 10 Commons Blvd., MC: PA-WYO-CP3
Number Street

Reading PA 19605
City State ZIP Code

Contact phone (484) 512 - 3552

Email DeftBkr@santander.us

Santander®

Mail Code: PA-WYO-CN3
P.O. Box 12646
Reading, PA 19612
Customer Service: 1-877-768-2265
www.SantanderBank.com

## STATEMENT OF ACCOUNT

| | |
|---|---|
| **Account Number:** | |
| Statement Date: | 04-30-2026 |
| Statement Period From: | 04-01-2026 |
| Statement Period Through: | 04-30-2026 |
| Days in Statement Period: | 30 |
| Current Balance: | $19,225.88 |
| Credit Line Amount: | $0.00 |
| Available Credit: | $0.00 |
| End of Draw Date: | 11-05-2020 |
| **Minimum Payment:** | $280.61 |
| **Payment Due Date:** | 05-21-2026 |

16-0.4200 000003BFXB69M 1/2 BIN:0 0-63
JOHN M LAWLOR
CAROL LAWLOR
300 HAINES DR
NORTH WALES PA 19454-2703

## Important Message

Want a faster and more convenient way to get your account information?
Enroll in online banking and our Mobile Banking App – it takes just a few minutes.

INTERNAL ONLY

16-0.4200 000003BFXB69M 1/2 BIN:0 0-63

### ACCOUNT BILLING SUMMARY

| | |
|---|---|
| Principal Due | $166.19 |
| **INTEREST CHARGE** Due | **$114.42** |
| Past Due Amount | $0.00 |
| Late Charges Due | $0.00 |
| Fees Due | $0.00 |
| Payment Shortage | $0.00 |
| **Total Minimum Payment Due** | **$280.61** |

### ACCOUNT BALANCE SUMMARY

| | |
|---|---|
| Beginning Balance | $19,393.50 |
| Advances | $0.00 |
| Payment Received | $282.04 |
| Insurance Premium | $0.00 |
| **INTEREST CHARGE** | **$114.42** |
| Late Charges | $0.00 |
| Fees | $0.00 |
| Adjustments | $0.00 |
| Ending Balance | $19,225.88 |
| Unapplied Credit Balance | $0.00 |

### SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---|---|---|
| Periodic Rate From | 04-01-2026 | Periodic **INTEREST CHARGE** | $114.42 |
| Periodic Rate Through | 04-30-2026 | **ANNUAL PERCENTAGE RATE** | 7.2400 |
| Payment Amount | $280.61 | | |
| Daily Periodic Rate * | 0.0001983562 | | |
| Balance Subject to Interest Rate | $19,227.79 | Ending Principal | $19,111.46 |

* The daily periodic rate may vary.

### TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 04-01-2026 | BEGINNING PRINCIPAL | | $19,277.65 |
| 04-22-2026 | 04-22-2026 | PAYMENT RECEIVED - THANK YOU | $282.04 | $19,111.46 |
| | | TO PRINCIPAL | $166.19 | |
| | | ** INTEREST CHARGE ** | $115.85 | |
| | 04-30-2026 | ENDING PRINCIPAL | | $19,111.46 |

************************************************************ **FEES** ************************************************************

TOTAL FEES THIS PERIOD $0.00

****************************************************** **INTEREST CHARGED** ******************************************************

TOTAL INTEREST THIS PERIOD $114.42

*Please return this portion with your check.*

Santander®

| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 05-21-2026 | $280.61 | |

JOHN M LAWLOR
CAROL LAWLOR
300 HAINES DR
NORTH WALES PA 19454-2703

Your Regular Monthly Payment of $280.61 and any optional additional amount will be automatically debited from your designated bank account on 05-21-2026, unless you make an early payment. If any amount is past due, you must make separate arrangements to pay that amount.
If applicable, an Annual Fee will be assessed and debited during the statement cycle following the account opening anniversary month.

**Make Check Payable To:**

Santander Bank, N.A,
P.O. Box 847051
Boston, MA 02284-7051

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>John M Lawlor<br><br>Debtor | Chapter #13<br>Case No. 26-10287<br>Honorable Judge Derek J Baker |

______________________________________________/

# CERTIFICATE OF SERVICE

I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on May 4, 2026, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

Signed under the penalties of perjury, this 4th day of May 2026.

/s/ Melissa A Epler

Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
Reading, PA 19605
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
John M Lawlor
300 Haines Dr
North Wales, PA 19454-2703

VIA ECF
Kenneth E West
190 N Independence Mall W Ste 701
Philadelphia, PA 19106-1554

Michael A Cibik
HELP@CIBIKLAW.COM