**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change          12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** _____    **Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice     ___/___/_____

**New total payment:**
Principal, interest, and escrow, if any     $ _____
*For HELOC payment amounts, see Part 3*

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ❑ No
   ❑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**  $ _____    **New escrow payment:**  $ _____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ❑ No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:**  _____%    **New interest rate:**  _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3:  Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
   ❑ No
   ❑ Yes.
   **Current HELOC payment:**     $_____

   **Reconciliation amount:**     + $_____  or
                                  - $_____

Official Form 410S1              **Notice of Mortgage Payment Change**              page 1

Debtor 1 _____    Case number *(if known)* _____
         First Name      Middle Name      Last Name

|  |  |
|---|---|
| **Amount of next payment (including reconciliation amount)** | **$_____** |
| **Amount of the new payment thereafter (without reconciliation amount)** | **$_____** |

### Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❑ No

   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

   ❑ I am the creditor.

   ❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _K Hans_____    Date ____/____/_____
  Signature

Print: _____    Title _____
       First Name    Middle Name    Last Name

Company   _____

Address   _____
          Number         Street

          _____
          City                     State    ZIP Code

Contact phone  (_____) _____ – _____    Email _____

# Santander

Mail Code: PA-WYO-CN3
P.O. Box 12646
Reading, PA 19612
Customer Service: 1-877-768-2265
www.SantanderBank.com

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| **Account Number:** | |
| Statement Date: | 01-31-2026 |
| Statement Period From: | 01-01-2026 |
| Statement Period Through: | 01-31-2026 |
| Days in Statement Period: | 31 |
| Current Balance: | $19,731.27 |
| Credit Line Amount: | $0.00 |
| Available Credit: | $0.00 |
| End of Draw Date: | 11-05-2020 |
| **Minimum Payment:** | **$287.43** |
| **Payment Due Date:** | **02-21-2026** |

503-0.5400 000003BFXB4VF 1/2 BIN:0 0-2011
JOHN M LAWLOR
CAROL LAWLOR
300 HAINES DR
NORTH WALES PA 19454-2703

## Important Message

Want a faster and more convenient way to get your account information?
Enroll in online banking and our Mobile Banking App – it takes just a few minutes.

### ACCOUNT BILLING SUMMARY

| | |
|---|---:|
| Principal Due | $166.19 |
| **INTEREST CHARGE** Due | **$121.24** |
| Past Due Amount | $0.00 |
| Late Charges Due | $0.00 |
| Fees Due | $0.00 |
| Payment Shortage | $0.00 |
| **Total Minimum Payment Due** | **$287.43** |

### ACCOUNT BALANCE SUMMARY

| | |
|---|---:|
| Beginning Balance | $19,898.42 |
| Advances | $0.00 |
| Payment Received | $288.39 |
| Insurance Premium | $0.00 |
| **INTEREST CHARGE** | **$121.24** |
| Late Charges | $0.00 |
| Fees | $0.00 |
| Adjustments | $0.00 |
| Ending Balance | $19,731.27 |
| Unapplied Credit Balance | $0.00 |

### SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---:|---|---:|
| Periodic Rate From | 01-01-2026 | Periodic **INTEREST CHARGE** | $121.24 |
| Periodic Rate Through | 01-31-2026 | **ANNUAL PERCENTAGE RATE** | 7.2400 |
| Payment Amount | $287.43 | | |
| Daily Periodic Rate * | 0.0001983562 | | |
| Balance Subject to Interest Rate | $19,717.25 | Ending Principal | $19,610.03 |

  * The daily periodic rate may vary.

### TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---:|---:|
| | 01-01-2026 | BEGINNING PRINCIPAL | | $19,776.22 |
| 01-22-2026 | 01-21-2026 | PAYMENT RECEIVED - THANK YOU | $288.39 | $19,610.03 |
| | | TO PRINCIPAL | $166.19 | |
| | | ** INTEREST CHARGE ** | $122.20 | |
| | 01-31-2026 | ENDING PRINCIPAL | | $19,610.03 |

*************************************************************** **FEES** ***************************************************************
TOTAL FEES THIS PERIOD                                         $0.00

*************************************************************** **INTEREST CHARGED** ***************************************************************
TOTAL INTEREST THIS PERIOD                                     $121.24

*Please return this portion with your check.*



| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 02-21-2026 | $287.43 | |

JOHN M LAWLOR
CAROL LAWLOR
300 HAINES DR
NORTH WALES PA 19454-2703

**Make Check Payable To:**

Santander Bank, N.A,
P.O. Box 847051
Boston, MA 02284-7051

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter #13
**John M Lawlor**                                   Case No. 26-10287
                                                    Honorable Judge Derek J Baker

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Kimberly A. Hansen of Santander Bank, N.A., do hereby certify that on February 4, 2026, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

    Signed under the penalties of perjury, this 4th day of February 2026.

_____
Kimberly A. Hansen
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
Reading, PA 19605
(214) 452-7228
Email: DeftBkr@santander.us

VIA US MAIL
**John M Lawlor**
300 Haines Dr
North Wales, Pa 19454-2703

VIA ECF
**Kenneth E West**
190 N Independence Mall W Ste 701
Philadelphia, Pa 19106-1554

Michael A Cibik
HELP@CIBIKLAW.COM