**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change    12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** _____    **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:    ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice    ____/____/_____

**New total payment:**
Principal, interest, and escrow, if any    $ _____
*For HELOC payment amounts, see Part 3*

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ❏ No
   ❏ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**    $ _____    **New escrow payment:**    $ _____

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ❏ No
   ❏ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:**    _____%    **New interest rate:**    _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3:   Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ❏ No
   ❏ Yes.

   **Current HELOC payment:**    $_____

   **Reconciliation amount:**    + $_____ or
                                 - $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1 _____
   First Name  Middle Name  Last Name

Case number *(if known)* _____

| | |
|---|---|
| **Amount of next payment (including reconciliation amount)** | **$_____** |
| **Amount of the new payment thereafter (without reconciliation amount)** | **$_____** |

### Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

❏ No
❏ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
  (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Lynn A Grimm* _____   Date ____/____/_____
 Signature

Print:   _____   Title _____
   First Name  Middle Name  Last Name

Company   _____

Address   _____
   Number   Street

   _____
   City      State  ZIP Code

Contact phone   (_____) _____ – _____    Email _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
John M Lawlor

Chapter #13  
Case No. 26-10287  
Honorable Judge Derek J Baker

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Lynn A Grimm of Santander Bank, N.A., do hereby certify that on March 4, 2026, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

    Signed under the penalties of perjury, this 4th day of March 2026.

*Lynn A Grimm*  
Lynn A Grimm  
Santander Bank, N.A.  
Bankruptcy Administrator  
10 Commons Boulevard  
Reading, PA 19605  
(610) 401-9409  
Email: DeftBkr@santander.us

VIA US MAIL  
John M Lawlor  
300 Haines Dr  
North Wales, PA 19454-2703

VIA ECF  
Kenneth E West  
190 N Independence Mall W Ste701  
Philadelphia, PA 19106-1554

Michael A Cibik  
HELP@CIBIKLAW.COM

# Santander®

Mail Code: PA-WYO-CN3
P.O. Box 12646
Reading, PA 19612
Customer Service: 1-877-768-2265
www.SantanderBank.com

**STATEMENT OF ACCOUNT**

| Account Number: | |
|---|---|
| Statement Date: | 02-28-2026 |
| Statement Period From: | 02-01-2026 |
| Statement Period Through: | 02-28-2026 |
| Days in Statement Period: | 28 |
| Current Balance: | $19,836.42 |
| Credit Line Amount: | $0.00 |
| Available Credit: | $0.00 |
| End of Draw Date: | 11-05-2020 |

| **Minimum Payment:** | **$558.77** |
|---|---|
| **Payment Due Date:** | **03-21-2026** |

84-0.5400 000003BFXB5AI 1/2 BIN:0 0-335
JOHN M LAWLOR
CAROL LAWLOR
300 HAINES DR
NORTH WALES PA 19454-2703

## Important Message

Want a faster and more convenient way to get your account information?
Enroll in online banking and our Mobile Banking App – it takes just a few minutes.

### ACCOUNT BILLING SUMMARY

| | |
|---|---|
| Principal Due | $166.19 |
| **INTEREST CHARGE Due** | **$105.15** |
| Past Due Amount | $287.43 |
| Late Charges Due | $0.00 |
| Fees Due | $0.00 |
| Payment Shortage | $0.00 |
| **Total Minimum Payment Due** | **$558.77** |

### ACCOUNT BALANCE SUMMARY

| | |
|---|---|
| Beginning Balance | $19,731.27 |
| Advances | $0.00 |
| Payment Received | $0.00 |
| Insurance Premium | $0.00 |
| **INTEREST CHARGE** | **$105.15** |
| Late Charges | $0.00 |
| Fees | $0.00 |
| Adjustments | $0.00 |
| Ending Balance | $19,836.42 |
| Unapplied Credit Balance | $0.00 |

### SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---|---|---|
| Periodic Rate From | 02-01-2026 | Periodic **INTEREST CHARGE** | $105.15 |
| Periodic Rate Through | 02-28-2026 | **ANNUAL PERCENTAGE RATE** | 6.9900 |
| Payment Amount | $271.34 | | |
| Daily Periodic Rate * | 0.0001915068 | | |
| Balance Subject to Interest Rate | $19,610.03 | Ending Principal | $19,610.03 |

* The daily periodic rate may vary.

### TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 02-01-2026 | BEGINNING PRINCIPAL | | $19,610.03 |
| | 02-28-2026 | ENDING PRINCIPAL | | $19,610.03 |

*************************************************** **FEES** ***************************************************
TOTAL FEES THIS PERIOD                                                                 $0.00

*************************************************** **INTEREST CHARGED** ***************************************************
TOTAL INTEREST THIS PERIOD                                                           $105.15

*Please return this portion with your check.*



| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 03-21-2026 | $558.77 | |

JOHN M LAWLOR
CAROL LAWLOR
300 HAINES DR
NORTH WALES PA 19454-2703

**Make Check Payable To:**

Santander Bank, N.A,
P.O. Box 847051
Boston, MA 02284-7051