UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>John M. Lawlor,<br>        Debtor, | Bankruptcy No. 26-10287-djb<br><br>Chapter 13 |
| U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust,<br>        Movant,<br>v.<br>John M. Lawlor,<br>        Debtor/Respondent,<br><br>Kenneth E. West,<br>        Trustee/Respondent. | Related to Doc. No. 10 |

**<u>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN</u>**

U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust, ("U.S. BANK" or "Secured Creditor"), by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor John M. Lawlor, and in support thereof alleges as follows:

1. John M. Lawlor ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on January 23, 2026.

2. U.S. BANK holds a security interest in the Debtor's real property located 300 Haines Dr Of North Wales, PA 19454 (the "Property"), by virtue of a Mortgage recorded with the Montgomery County Recorder of Deeds on July 13, 2005 with instrument #5096681 which has ultimately been assigned to U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust.

3. Said Mortgage secures a Note in the amount of $350,000.00

4. Upon review of internal records, it is anticipated U.S. BANK'S Proof of Claim will include a pre-petition arrearage of approximately $145,465.78 a true and correct copy of the pre-petition arrearage is attached hereto as Exhibit "A."

5. On February 6, 2026, Debtor filed a Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan fails to account for the full pre-petition arrearage of $145,465.78, as it only provides a total of $132,269.00 to be paid to Secured Creditor through the Plan. See Exhibit "B."

7. Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Plan and by the Office of the Chapter 13 Trustee.

8. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5), U.S. BANK hereby objects to Debtor's proposed Plan on the grounds that the value of the claim to be distributed

thereunder will be less than the allowed amount due and owing under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

**WHEREFORE,** Secured Creditor U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust, respectfully requests that this Court deny confirmation of the Chapter 13 Plan of Debtor John M. Lawlor.

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

Date: March 13, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re:<br><br>John M. Lawlor,<br>        Debtor, | Bankruptcy No. 26-10287-djb<br><br>Chapter 13 |
|---|---|
| U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust,<br>        Movant,<br>  v.<br>John M. Lawlor,<br>        Debtor/Respondent,<br><br>Kenneth E. West,<br>        Trustee/Respondent. | Related to Doc. No. 10 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 13, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF to the following parties:

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102


KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106


United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

The following parties will be served by first class U.S. Mail:

John M. Lawlor
300 Haines Dr
North Wales, PA 19454-2703


Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112

Fax: (404) 393-1425  
By: /s/ Robert Shearer  
Robert Shearer, Esquire  
Pennsylvania Bar Number 83745  
Email: rshearer@raslg.com