## Bankruptcy Proof of Claim: ▮▮▮▮   [ Account Data Views: ▮▮▮▮

| Borrower: | LAWLOR,CAROL L | Address: | 300 HAINES DR OF | Prin Bal: | $204,203.43 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | LAWLOR,JOHN M | City: | NORTH WALES | Add Prin Bal: | $0.00 | Investor #: | |
| Due Date: | 09/01/2022 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | |
| Last Pmt Appd On: | | Zip Code: | 19454 | Total Pmt Amt: | $3,012.04 | PLS Client ID: | |

# Pre-Petition Claim

### Pre-Petition Claim

| Petition Claim Date: | 01/30/2026 | Petition Acknowledge Date: | |
|---|---|---|---|
| Confirmation Hearing Date: | | Petition Claim Amount: | $145,465.78 |
| Petition Confirmed Amount: | $145,465.78 | Preliminary: | Yes |
| Principal Balance: | $204,203.43 | Pre-Petition Claim Required: | Yes |
| Revised Claim Date: | | | |

### Payment Schedule For Pre-Petition

Row Count = 5

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 09/01/2022 | 10/01/2023 | $3,012.04 | $42,168.56 | 0 | $0.00 | $0.00 |
| 2 | 11/01/2023 | 10/01/2024 | $3,876.81 | $46,521.72 | 0 | $0.00 | $0.00 |
| 3 | 11/01/2024 | 10/01/2025 | $3,030.75 | $36,369.00 | 0 | $0.00 | $0.00 |
| 4 | 11/01/2025 | 11/01/2025 | $3,111.53 | $3,111.53 | 0 | $0.00 | $0.00 |
| 5 | 12/01/2025 | 01/01/2026 | $3,107.02 | $6,214.04 | 0 | $0.00 | $0.00 |
| Pymt and Lt Chg Totals: | 09/01/2022 | 01/01/2026 | | $134,384.85 | 0 | | $0.00 |

| Total Late Charges Paid to Date: | $0.00 | | |
|---|---|---|---|

### Fees For Pre-Petition

Row Count = 3

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| BC | BK ATTY COST | $10,088.97 | $10,088.97 | $0.00 |
| 11 | LATE CHARGES | $991.96 | $991.96 | $0.00 |
| ES | ESCROW SHORTAGE | $0.00 | $0.00 | $0.00 |
| Fee Totals: | | $11,080.93 | $11,080.93 | $0.00 |

# Post-Petition Claim 1

### Post-Petition Claim 1

No Data Available

### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

# Post-Petition Claim 2

### Post-Petition Claim 2

No Data Available

### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |