# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | NO. 26-10287 DJB |
| JOHN M. LAWLOR | ) | |
| Debtor | ) | Chapter 13 |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) & (b)

TO THE CLERK OF THE COURT:

Please be advised that Jessica S. Kaczinski, Esquire of the law firm of Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, Pennsylvania 18105-4060, hereby enters her appearance on behalf of the Creditor, Santander Bank, N.A., requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully Submitted,

 /s/Jessica S. Kaczinski
Jessica S. Kaczinski, Esq.
Attorney for Santander Bank, N.A.
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
610-820-5450
jkaczinski@grossmcginley.com

March 13, 2026