## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| John M. Lawlor | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 26-10287-DJB |
| | : | Hearing Date: April 30, 2026 at 11:00 AM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss filed by the Standing Chapter 13

Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Motion to Dismiss is GRANTED and it is further,

**ORDERED,** that this case is dismissed under 11 U.S.C. § 109(e) as the plan is over the debt

limit to be eligible to file a Chapter 13 Bankruptcy and it is further,

**ORDERED**, if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**BY THE COURT**

Dated: _____

    **HON. DEREK J. BAKER,**
    **U.S. BANKRUPTCY JUDGE**