# Eastern District of Pennsylvania
# Claims Register

### 26-10287-djb John M. Lawlor

| | |
|---|---|
| **Judge:** Derek J Baker | **Chapter:** 13 |
| **Office:** Philadelphia | **Last Date to file claims:** 04/03/2026 |
| **Trustee:** KENNETH E. WEST | **Last Date to file (Govt):** 07/22/2026 |

---

*Creditor:* (15097124)
Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

**Claim No: 1**
*Original Filed Date*: 01/27/2026
*Original Entered Date*: 01/27/2026

*Status:*
*Filed by:* CR
*Entered by:* HEATHER HARING
*Modified:* 01/27/2026

Amount claimed: $160253.17
Secured claimed: $160253.17

*History:*

Details  1-1  01/27/2026 Claim #1 filed by Pennsylvania Department of Revenue, Amount claimed: $160253.17 (HARING, HEATHER)

*Description:*
*Remarks:* (1-1) Arrears - 160253.17

---

*Creditor:* (15099986)
BMW Financial Services NA, LLC c/o AIS Portfolio S
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Claim No: 2**
*Original Filed Date*: 02/02/2026
*Original Entered Date*: 02/02/2026

*Status:*
*Filed by:* CR
*Entered by:* Veermanu Yadav
*Modified:*

Amount claimed: $539.55

*History:*

Details  2-1  02/02/2026 Claim #2 filed by BMW Financial Services NA, LLC c/o AIS Portfolio S, Amount claimed: $539.55 (Yadav, Veermanu)

*Description:*
*Remarks:*

---

*Creditor:* (15102407)
MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Claim No: 3**
*Original Filed Date*: 02/10/2026
*Original Entered Date*: 02/10/2026

*Status:*
*Filed by:* CR
*Entered by:* Alexica Marche Thomason
*Modified:*

Amount claimed: $628.29

*History:*

Details  3-1  02/10/2026 Claim #3 filed by MERRICK BANK, Amount claimed: $628.29 (Thomason, Alexica)

*Description:*
*Remarks:*

*Creditor:*        (15103120)
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 4**
*Original Filed Date:* 02/12/2026
*Original Entered Date:* 02/12/2026

*Status:* Withdraw [16]
*Filed by:* CR
*Entered by:* David Lamb
*Modified:*

Amount claimed: $1262.63

*History:*

| Details | 4-1 | 02/12/2026 Claim #4 filed by LVNV Funding, LLC, Amount claimed: $1262.63 (Lamb, David) |
| | 16 | 02/24/2026 Praecipe to Withdraw Proof of Claim for Claim Number 4. Filed by LVNV Funding, LLC. (Lamb, David) Status: Withdraw |

*Description:*
*Remarks:*

*Creditor:*        (15096336)
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Claim No: 5**
*Original Filed Date:* 02/13/2026
*Original Entered Date:* 02/13/2026

*Status:*
*Filed by:* CR
*Entered by:* JOHN F LINDINGER
*Modified:*

Amount  claimed: $1697175.84
Secured claimed:   $371340.25
Priority   claimed:      $13932.00

*History:*

| Details | 5-1 | 02/13/2026 Claim #5 filed by Internal Revenue Service, Amount claimed: $1697175.84 (LINDINGER, JOHN) |

*Description:*
*Remarks:*

*Creditor:*        (15115160)
Santander Bank, NA
c/o Jessica S. Kaczinski, Esq.
33 S. 7th Street
Allentown, PA 18101

**Claim No: 6**
*Original Filed Date:* 03/13/2026
*Original Entered Date:* 03/13/2026

*Status:*
*Filed by:* CR
*Entered by:* JESSICA S KACZINSKI
*Modified:*

Amount  claimed: $19696.26
Secured claimed: $19696.26

*History:*

| Details | 6-1 | 03/13/2026 Claim #6 filed by Santander Bank, NA, Amount claimed: $19696.26 (KACZINSKI, JESSICA) |

*Description:* (6-1) Mortgage on 300 Haines Drive, North Wales, PA 19454
*Remarks:*

*Creditor:*        (15103120)
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 7**
*Original Filed Date:* 03/26/2026
*Original Entered Date:* 03/26/2026

*Status:*
*Filed by:* CR
*Entered by:* Korinny Sanchez
*Modified:*

Amount claimed: $1068.39

*History:*

| Details | 7-1 | 03/26/2026 Claim #7 filed by LVNV Funding, LLC, Amount claimed: $1068.39 (Sanchez, Korinny) |

*Description:*
*Remarks:*

# Claims Register Summary

**Case Name:** John M. Lawlor
**Case Number:** 26-10287-djb
**Chapter:** 13
**Date Filed:** 01/23/2026
**Total Number Of Claims:** 7

| | |
|---|---|
| **Total Amount Claimed*** | $1,880,624.13 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $551,289.68 | |
| **Priority** | $13,932.00 | |
| **Administrative** | | |
| **Unassigned (unsecured)** | $1,315,402.45 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/30/2026 08:02:00 | | | |
| **PACER Login:** | ttavella | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 26-10287-djb Filed or Entered From: 3/10/2010 Filed or Entered To: 12/31/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |