**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** | John M. Lawlor | : | **Chapter** |
| | Debtor | : | |
| | | : | **Bky. No.** 26-10287-DJB |
| | **Debtors** | | |

\* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

I, Kenneth E. West, Esq. , certify that on 04/06/2026 , I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Trustee's Motion to Dismiss Pursuant to 11 USC § 109(e)
- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 04/06/2026

/s/ Kenneth E. West, Esq.
Kenneth E. West, Esq.
Standing Chapter 13 Trustee

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name     John M. Lawlor
Address  300 Haines Drive, North Wales, PA 19454
Relationship of Party  Debtor
Via:    X CM/ECF    X 1st Class Mail    ˜ Certified Mail    ˜ e-mail:
        ˜ Other:

Name   Cibik Law, P.C.

Address 1500 Walnut Street Suite 900 Philadelphia, PA 19102

Relationship of Party   Debtor's Counsel

Via:    X CM/ECF       1st Class Mail        Certified Mail        e-mail:
            Other:

Name   Office of the United States Trustee

Address  Robert N.C. Nix Federal Courthoouse

Relationship of Party   U.S. Trustee

Via:    X CM/ECF    ˜ 1st Class Mail      ˜ Certified Mail      ˜ e-mail:
          ˜ Other: