# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>John M. Lawlor,<br>        Debtor.<br><br>---<br><br>SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>        Movant,<br><br>        v.<br>John M. Lawlor,<br>        Debtor/Respondent,<br><br>Carol L. Lawlor,<br>        Co-Debtor/Respondent,<br><br>Kenneth E. West,<br>        Trustee/Additional Respondent. | Bankruptcy No. 26-10287-djb<br><br>Chapter 13<br><br>Hearing Date: May 14, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing location: 900 Market Street<br>Courtroom Number #2<br>Philadelphia, PA 19107 |

## CERTIFICATE OF SERVICE

I, Sherri R. Dicks, the undersigned attorney, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on April 16, 2026 I caused to be served copies of the Motion for Relief from the Automatic Stay and Co-Debtor Stay of Selene Finance LP, as servicer in Fact for U.S. Bank Trust National Association, Not in its Individual Capacity but Solely as Owner Trustee for RCF2 Acquisition Trust and Notice of Motion upon the parties on the below Service List via CM/ECF, and First Class Mail, postage prepaid and/or electronic mail as indicated.

26-10287-djb
26-392078
MFR

**Service List**

**Debtor**
John M. Lawlor
300 Haines Dr.
North Wales, PA 19454-2703

**Co-Debtor**
Carol L. Lawlor
300 Haines Dr.
North Wales, PA 19454-2703

**Debtor Attorney**
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19102

**Trustee**
Kenneth E. West
Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, Pennsylvania 19106

**U.S. Trustee**
Frederic J. Baker
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, Pennsylvania 19107

Date: 04/16/2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Sherri R. Dicks
SHERRI R. DICKS
PA Bar Number 90600
Email: sdicks@raslg.com

26-10287-djb
26-392078
MFR