United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 26-10287-djb

John M. Lawlor                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 14, 2026 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John M. Lawlor, 300 Haines Dr, North Wales, PA 19454-2703 |
| cr | ++++ | SANTANDER BANK, N.A., MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500 address filed with court:, SANTANDER BANK, N.A., 10 Commons Blvd, MC: PA-WYO-CP3, Reading, PA 19605 |
| 15102010 | + | Commonwealth of Pennsylvania, Department of Revenue, c/o Christopher R. Momjian, Esq., 1600 Arch Street, Suite 300, Philadelphia PA 19103-2016 |
| 15096342 | + | Santander Bank, PO Box 847050, Boston, MA 02284-7050 |
| 15115160 | + | Santander Bank, NA, c/o Jessica S. Kaczinski, Esq., 33 S. 7th Street, Allentown, PA 18101-2436 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 15 2026 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2026 00:31:52 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2026 00:28:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | May 15 2026 00:27:26 | Santander Bank, N.A., c/o Jessica S. Kaczinski, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2026 00:28:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2026 00:28:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15096332 | | Email/PDF: acg.bmw.ebn@aisinfo.com | May 15 2026 00:32:08 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 15098537 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2026 00:31:58 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15099986 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2026 00:31:52 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15096333 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 14, 2026 | Form ID: pdf900 | Total Noticed: 30

| | | | |
|---|---|---|---|
| | | May 15 2026 00:31:50 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15096334 | Email/PDF: creditonebknotifications@resurgent.com | May 15 2026 00:31:58 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15096335 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 15 2026 00:31:50 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15096336 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2026 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15103120 | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:42:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15096337 | Email/Text: EBNBKNOT@ford.com | May 15 2026 00:29:00 | Lincoln Automotive Finance, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15102407 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 15 2026 00:31:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15096338 | Email/Text: mtgbk@shellpointmtg.com | May 15 2026 00:28:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 15096339 | + Email/Text: BKEBN-Notifications@ocwen.com | May 15 2026 00:28:00 | Ocwen Loan Servicing, Llc, Attn. Bankruptcy 1661 Worthington Rd., S, West Palm Beach, FL 33409-6493 |
| 15096341 | + Email/Text: BKEBN-Notifications@ocwen.com | May 15 2026 00:28:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15096340 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2026 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15097124 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2026 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15115594 | ^ MEBN | May 15 2026 00:27:25 | Santander Bank, N.A., Gross, McGinley, LLP, c/o Jessica S. Kaczinski, Esq., 33 S, 7th Street, P.O. Box 4060, Allentown PA 18105-4060 |
| 15096343 | Email/Text: bkteam@selenefinance.com | May 15 2026 00:28:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 15122611 | + Email/Text: bkteam@selenefinance.com | May 15 2026 00:28:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 15098304 | + Email/Text: RASEBN@raslg.com | May 15 2026 00:28:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-2                      User: admin                              Page 3 of 3
Date Rcvd: May 14, 2026                   Form ID: pdf900                          Total Noticed: 30

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

CHRISTOPHER R. MOMJIAN
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov
jhuiet@attorneygeneral.gov

JESSICA S KACZINSKI
on behalf of Creditor Santander Bank  N.A. jkaczinski@grossmcginley.com, jkacsur@grossmcginley.com

JORDAN MATTHEW KATZ
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION jkatz@raslg.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor John M. Lawlor help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT BRIAN SHEARER
on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust rshearer@raslg.com

ROBERT BRIAN SHEARER
on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

SHERRI DICKS
on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@outlook.com

SHERRI DICKS
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

John M. Lawlor            :    Chapter 13   :

Debtor                :    Case No. 26-10287-DJB

                             :

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss filed by the Standing Chapter 13

Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Motion to Dismiss is GRANTED and it is further,

**ORDERED,** that this case is dismissed under 11 U.S.C. § 109(e) as the plan is over the debt

limit to be eligible to file a Chapter 13 Bankruptcy and it is further,

**ORDERED**, if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**BY THE COURT**

Dated: **May 14, 2026**

_____

**HON. DEREK J. BAKER,**
**U.S. BANKRUPTCY JUDGE**